UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW-ALLEN MCCASTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 1:25-cv-00550-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND DISMISSING PLAINTIFF'S COMPLAINT WITH LEAVE TO AMEND AS TO CERTAIN CLAIMS<br><br>Docs. 3, 8, 9 |

Plaintiff Mathew-Allen McCaster, proceeding pro se and in forma pauperis, initiated this action by filing a complaint against defendant United States of America, and others unnamed in the caption, on March 13, 2025 in the United States District Court for the District of Columbia. On May 9, 2025, the action was transferred to this Court with the following pending motions: (1) motion to proceed in forma pauperis, (2) emergency motion for temporary restraining order; (3) motion to expedite review and request for immediate injunctive relief; and (4) motion for immediate ruling on pending motions for temporary restraining order and to proceed in forma pauperis. Docs. 2–7. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 13, 2025, the assigned magistrate judge granted plaintiff's motion to proceed in forma pauperis and denied his motions for expedited review and immediate injunctive relief. Doc. 8. After screening plaintiff's complaint, the magistrate judge also issued findings and recommendations recommending (1) that plaintiff's motion for temporary restraining order be denied and (2) that his complaint be dismissed with leave to amend as to his civil RICO claim

1  against defendant Carrington Mortgage and without leave to amend as to his remaining claims.
2  *Id.*  The findings and recommendations were served on plaintiff and contained notice that any
3  objections were to be filed within fourteen (14) days of the date of service.  *Id.* at 16-17.  On
4  August 29, 2025, plaintiff filed a document entitled, "Notice of Enforcement and Reservation of
5  Rights," Doc. 9, which the Court construes as objections to the pending findings and
6  recommendations.
7       Plaintiff's construed objections do not meaningfully address the reasoning in the findings
8  and recommendations.  Plaintiff's objections do not address the magistrate judge's finding that
9  the motion for temporary restraining order fails to establish the requisite factors, nor that
10 plaintiff's complaint fails to state a cognizable claim for relief.  Rather, plaintiff asserts various
11 baseless legal arguments.  For example, plaintiff asserts that he does not consent nor waive his
12 purported "sovereign immunity or tribal jurisdiction" as "Chief Justice of the Mathias El Tribe
13 Supreme Court and Trustee of the Mathias El Tribe Trust."  Doc. 9 at 1.  However, plaintiff fails
14 to cite to any valid authority recognizing his Tribe as a sovereign or his entitlement to the relief
15 he seeks.  Plaintiff's request to "vacate any attempted judgment or adverse determination in this
16 matter as void for lack of subject-matter jurisdiction," *id.* at 2, based on his unsubstantiated claim
17 to sovereign immunity is frivolous.
18      In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of
19 this case.  After carefully reviewing the file, including plaintiff's construed objections, the Court
20 finds that the findings and recommendations are supported by the record and proper analysis.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Accordingly:

1. The findings and recommendations issued on August 13, 2025, Doc. 8, are ADOPTED in full;
2. Plaintiff's motion for temporary restraining order, Doc. 3, is DENIED;
3. Plaintiff's complaint, Doc. 1, is DISMISSED without prejudice as to his civil RICO claim against defendant Carrington Mortgage, and DISMISSED with prejudice and without leave to amend as to his remaining claims; and
4. **Within 21 days** from the date of service of this order, plaintiff is directed to:
   a. File a first amended complaint curing the deficiencies identified by the magistrate judge in the findings and recommendations as to his remaining civil RICO claim, *see* Doc. 8; or
   b. File a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) if plaintiff no longer wishes to pursue this action.
5. **Failure by plaintiff to timely comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   September 20, 2025

UNITED STATES DISTRICT JUDGE

3